FILE COPY



SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District

**301 Fannin Street**
**Houston, Texas 77002-2066**

April 13, 2015

Arturo Melo Medina
Darrington Unit
59 Darrington Road
Rosharon, TX 77583

**RE:**   **Court of Appeals Number:** 01-96-00259-CR, 01-96-00260-CR, 01-96-00261-CR
          **Trial Court Case Number:** 9427214, 9427213, 9427947

**Style:** Medina, Arturo Melo v. The State of Texas

This is to acknowledge your communication received April 8, 2015, with reference to your direct appeal. Please be advised that the current status of your appeal is:

1.   Enclosed is a copy of the Opinion in your appeal.

2.   Enclosed is a copy of the Mandates in your appeal

3.   Our records indicate that the mandate issued on <u>June 8, 1998</u>.

Very truly yours,

Christopher A. Prine
Clerk of the Court